JOHN LUTZA et al., Respondents, v. ROBERT C. BOLLACKER et al., Appellants.— Appeal

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.